UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTONIO VARELA CALERO,

    *Plaintiff*,

-against-

GOLDEN ABACUS INC., DANNY LOUIE,
LAURA WONG, ALBERT C. YUEN, and
RICKY SOTO,

    *Defendants.*
------------------------------------------------------------X

**18-cv-6874-AJN**

NOTICE OF MOTION TO
WITHDRAW AS ATTORNEYS
FOR PLAINTIFF

    PLEASE TAKE NOTICE that, upon the annexed Declaration of Michael Faillace, dated October 8, 2019, and all the papers and proceedings herein, Michael Faillace & Associates, P.C., will move this Court for an order pursuant to Local Civil Rule 1.4, permitting the withdrawal of Michael Faillace, and the firm of Michael Faillace & Associates, P.C., as attorneys of record for Plaintiff Antonio Varela Calero in this action.

Dated: New York, New York
October 8, 2019

                                MICHAEL FAILLACE & ASSOCIATES, P.C.

                                By: */s/ Michael Faillace*
                                Michael Faillace
                                Michael Faillace & Associates
                                60 East 42$_{nd}$ Street, Suite 4510
                                New York, New York 10165
                                (212) 317-1200
                                *Attorneys for Plaintiff*