UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Antonio Varela Calero individually and
on behalf of others similarly situated,

Plaintiff,

–v–

Golden Abacus Inc. et al.,

Defendants.

---

18-CV-6874 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order of September 30, 2019, Dkt. No. 70, Plaintiff had 30 days from date of the withdrawal of his counsel to either find new counsel who would file a notice of appearance or file a notice of *pro se* appearance himself. Plaintiff's counsel withdrew on October 9, 2019, but the Court is not in receipt of a new notice of appearance. If Plaintiff or his new counsel do not file a notice of appearance within 30 days of the date of this Order, then this action shall be dismissed for failure to prosecute. Chambers will mail a copy of this Order to Plaintiff and note the mailing on the public docket.

SO ORDERED.

Dated: November ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1