**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**Antonio Varela Calero** *individually* and
**Antonio Varela Calero** *on behalf of others*
*similarly situated*

      Plaintiff,

   -against-            18 **CIVIL 6874** (AJN)

               **JUDGMENT**

**Golden Abacus Inc.** *doing business as* Barkogi,
**Danny P. Louie and Laura Wong**
        Defendants.
-------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated June 04, 2020, the Court dismisses this action with prejudice

for failure to prosecute; accordingly, this case is closed.

**Dated:**  New York, New York

   June 5, 2020

                **RUBY J. KRAJICK**
              _____
                **Clerk of Court**
       **BY:**
           __S/ A D'Agostino _____
              **Deputy Clerk**